IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-214-JLK**

**MATTHEW BOND,**

    Plaintiff,

v.

**DUNSTONE FINANCIAL, L.L.C. an Arizona limited liability company,**

    Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    The Stipulated Motion for Entry of Protective Order (doc. #7), filed April 25, 2008, is DENIED with leave to re-file using an order that conforms to Judge Kane's standard form of Protective Order. Particular attention is called to the language contained in paragraph 11 and note that persons to whom confidential information is disclosed must sign an affidavit enforceable under pains of perjury, and not a declaration. The form of order is available on the court's website, [www.cod.uscourts.gov.](www.cod.uscourts.gov.) Select Judicial Officers' procedures.

Dated: April 28, 2008