IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00214-JLK-BNB

MATTHEW BOND,

    Plaintiff,

v.

DUNSTONE FINANCIAL, LLC, an Arizona limited liability company,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure (doc. #14), filed May 20, 2008, and being fully advised in the premises,

ORDERS that this case is DISMISSED WITH PREJUDICE, with each party to pay his or its own attorneys fees and costs.

                                      BY THE COURT:

May 20, 2008                               *s/John L. Kane*
DATE                                        U.S. DISTRICT JUDGE